UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Lorrie Blue

Case No.: 18-17871/JNP
Chapter: 7
Judge: JNP

**NOTICE OF PROPOSED ABANDONMENT**

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on July 31, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property:
108 Sylvan Terrace
Glassboro, NJ
FMV - $181,470.00 |
|---|---|

| Liens on property: | Bank of America - $214,314.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-17871-JNP
Lorrie Blue                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                 Page 1 of 1              Date Rcvd: Jul 02, 2018
                                Form ID: pdf905             Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
db             +Lorrie Blue,    1067 Tristram Circle,     Mantua, NJ 08051-2208
517465671       Bank of America,    Bankruptcy Department,    P.O. Box 53137,    Phoenix, AZ 85072-3137
517465673     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
               (address filed with court: Chase,    Bankruptcy Department,    P.O. Box 15919,
                Wilmington, DE 19850-5919)
517465675      +KLM Law group,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
517465679      +William F. Cummings,    117 Holly Bush Gardens,    Glassboro, NJ 08028-2336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2018 00:30:38      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2018 00:30:33      United States Trustee,
                Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517465672       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2018 00:36:03      Capital One,
                Bankruptcy Department,     P.O. Box 85015,    Richmond, VA 23285-5015
517465676       E-mail/PDF: cbp@onemainfinancial.com Jul 03 2018 00:35:17      One Main Financial,
                Bankruptcy Department,     P.O. Box 140489,    Irving, TX 75014-0489
517465677       E-mail/PDF: cbp@onemainfinancial.com Jul 03 2018 00:35:18      One Main Financial,
                P.O. Box 742536,    Cincinnati, OH 45274-2536
517465678      +E-mail/Text: recovery@paypal.com Jul 03 2018 00:29:32      PayPal,    2211 North First Street,
                San Jose, CA 95131-2021
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517465674       Key Bank
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN
           ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Kevin Gordon McDonald    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO
           KNOWN ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Steven A. Ragland    on behalf of Debtor Lorrie  Blue ragland203martin@aol.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```